UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KASPER LEUZINGER, MICHAEL ALLEN JENSEN,** and **WILLIAM MATNEY-TATE,** on behalf of themselves and all others similarly situated**,**<br><br>            Plaintiffs,<br><br>    **v.**<br><br>**GARDNER TRUCKING, INC., ET AL.,**<br><br>            Defendants. | **Case No.:** 4:21-cv-04952-YGR<br><br>**ORDER CONTINUING CMC; ORDER TO SHOW CAUSE** |

At the case management conference held on November 7, 2022, this Court set a subsequent conference for December 12, 2022 and asked the parties to provide the Court with a clearer explanation of their perspectives on the proper scope of the stay on discovery related to Gardner Trucking and on the need for alterations to the existing case schedule. On December 7, the parties filed a joint statement which does neither. The Court cannot provide proper guidance where the parties fail to comply with the Court's directives. The parties are **ORDERED TO SHOW CAUSE** by Monday, December 12, 2022, why they should not be fined $250 for failing to comply with this Court's instructions. A hearing on the OSC shall occur simultaneous with the next case management conference.

The Court continues the December 12 conference to **Monday, December 19, 2022** at 2:00 p.m. By Monday, December 12, 2022, the parties shall provide another pre-conference statement which provides the previously requested information. In particular, the parties shall clearly state what they believe the scope of the discovery stay should be and address the basis for any disagreements. The parties shall also provide their proposed revised case schedules. The most recent joint statement states that plaintiffs and defendants agree the schedule should be revised, but

only defendants provide alternative dates. Parties shall provide a chart with the current dates and each sides proposed revised dates. If parties disagree regarding any date, they shall provide a brief explanation of their dispute.

**IT IS SO ORDERED.**

Date: December 7, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE