1 | Christopher C. McNatt, Jr. (SBN 174559)
  | cmcnatt@scopelitis.com
2 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
  | 2 North Lake Avenue, Suite 560
3 | Pasadena, CA 91101
  | Phone: 626-795-4700 | Fax: 626-795-4790
4 |
  | James H. Hanson, *pro hac vice*
5 | jhanson@scopelitis.com
  | Andrew J. Ireland, *Pro Hac Vice*
6 | aireland@scopelitis.com
  | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
7 | 10 West Market Street, Suite 1400
  | Indianapolis, IN 46204
8 | Phone: 317-637-1777 | Fax: 317-687-2414

9 | Charles Andrewscavage, *pro hac vice*
  | candrewscavage@scopelitis.com
10 | Jared S. Kramer, *pro hac vice*
   | jskramer@scopelitis.com
11 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   | 30 West Monroe Street, Suite 1600
12 | Chicago, IL 60603
   | Phone: 312-255-7200 | Fax: 312-422-1224
13 |
   | *Attorneys for Defendants*
14 | *(Additional counsel listed on the following page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASPER LEUZINGER, MICHAEL ALLEN JENSEN, WILLIAM MATNEY-TATE, and RICARDO AMEZCUA, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GARDNER TRUCKING, INC., a California corporation; GARDNER TRUCKING CONVERSION, LLC, a California Limited Liability Company; CRST EXPEDITED, INC., an Iowa Corporation; CRST THE TRANSPORTATION SOLUTION, INC., an entity of unknown formation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:21-cv-04952-YGR<br><br>Consolidated with:<br>4:21-cv-07474-YGR<br>4:21-cv-07741-YGR<br>4:22-cv-06501-YGR<br><br>**DEFENDANTS' NOTICE OF CHANGE IN COUNSEL** |

1  Adam C. Smedstad (SBN 303591)
   asmedstad@scopelitis.com
2  SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
   5470 Shilshole Avenue NW, Suite 520
3  Seattle, WA 98107
   Phone: 206-288-6192 | Fax: 206-299-9375
4
   Kristen J. Nesbit (SBN 242426)
5  knesbit@fisherphillips.com
   Shaun J. Voigt (SBN 265721)
6  svoigt@fisherphillips.com
   Jeffrey Elkrief (SBN 321030)
7  jelkrief@fisherphillips.com
   FISHER & PHILLIPS LLP
8  444 South Flower Street, Suite 1500
   Los Angeles, CA 90071
9  Phone: 213-330-4500 | Fax: 213-330-4501

10 *Attorneys for Defendants*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Rebecca R. Brown (State Bar No. 315338) is no longer counsel of record for Defendants and is no longer associated in this case with the Law Office of Scopelitis, Garvin, Light, Hanson & Feary, LLP. Please continue to direct all future mailings to Christopher C. McNatt, Jr., James H. Hanson, Adam C. Smedstad, Charles Andrewscavage, Jared S. Kramer, Andrew J. Ireland, Kristen J. Nesbit, Shaun J. Voigt, and Jeffrey Elkrief, who remain counsel of record for Defendants.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated: April 6, 2023

Respectfully submitted,

/s/ *Christopher C. McNatt, Jr.*
Christopher C. McNatt, Jr.

*Attorney for Defendants*