UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** February 18, 2025 | **Time:** 2:01 - 2:51 50 minutes | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 21-cv-04952-YGR | **Case Name:** Leuzinger v. Gardner Trucking, Inc. | |

**Attorney for Plaintiff:** Gregory Mauro, Jose Patino
**Attorney for Defendant:** Jared Kramer
**Attorney for Opt-Out Applicant Class Member**: Calyn Hadlock

**Deputy Clerk:** Jenny Galang          **Court Reporter:** Raynee Mercado

PROCEEDINGS

Motion hearing re [144] Ex Parte Application, [141] Motion for Final Approval – Held.

The Court heard argument regarding the ex parte application to extend the opt-out deadline for one class member. The Court ordered counselor Hadlock to file something on the docket by Wednesday, February 19 at noon, showing a dismissal of preempted claims in her client's case, and any email showing pursuit of discovery in that case, if such documents exist.

The Court also heard argument regarding plaintiffs' counsel's request for attorneys' fees in the amount of 30% of the settlement fund.

Court to issue a written order.